```
 1  Kathleen C. Jeffries (State Bar #110362)
    kjeffries@scopelitis.com
 2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
    2 North Lake Avenue, Suite 460
 3  Pasadena, California 91101
    Telephone: (626) 795-4700
 4  Facsimile:  (626) 795-4790

 5  Attorneys for Defendants
    YRC INC. and ROADWAY REVERSE LOGISTICS, INC.
 6

 7

 8                      UNITED STATES DISTRICT COURT

 9                     EASTERN DISTRICT OF CALIFORNIA

10  STARR INDEMNITY & LIABILITY      )  Case No.
    COMPANY, a corporation,          )
11                                   )
                Plaintiff,           )  NOTICE OF REMOVAL OF ACTION
12                                   )  COMMENCED IN STATE COURT
        v.                           )
13                                   )  (28 U.S.C. §§ 1337 and 1441)
    YRC INC., a corporation; ROADWAY )
14  REVERSE LOGISTICS, INC., a       )
    corporation; and DOES ONE through)
15  FIFTEEN,                         )
                                     )
16              Defendants.          )
                                     )
17  ─────────────────────────────────
```

18      This Notice of defendants YRC Inc. ("YRC") and Roadway Reverse
19 Logistics, Inc. ("Roadway") (collectively "defendants") respectfully shows that:
20      1.   On or about November 4, 2013, an action was commenced in
21 the Superior Court of the State of California, County of Fresno, entitled, "STARR
22 INDEMNITY & LIABILITY COMPANY, a corporation, Plaintiff, v. YRC INC., a
23 corporation; ROADWAY REVERSE LOGISTICS, INC., a corporation; and DOES
24 ONE through FIFTEEN, Defendants," being Case No. 13CRG03454 in said
25 Court.
26 ///
27                                    1
28 ─────────────────────────────────────────────────────────
   NOTICE OF REMOVAL OF ACTION COMMENCED IN STATE COURT

2. Both defendants were served through CT Corporation, the registered agent for service of process for both, with the Summons and Complaint on November 6, 2013. Copies of said both summonses and of the complaint and accompanying court documents, which constitute all process, pleadings and orders served upon both defendants in said action, are attached hereto and marked "Exhibit A."

3. In its complaint, plaintiff alleges, inter alia, that, in October 2012, defendants accepted a shipment consisting of two pieces of machinery for transportation from Clovis, California to Chandler, Arizona; that said shipment was delivered in a damaged condition; and that, as a result thereof, the shipment depreciated in the sum of $125,902.55. The complaint is set forth in a single cause of action for damage to cargo under the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. § 14706).

4. YRC is now, and at all times mentioned in Case No. 13CRG03454 has been, engaged in the business of transporting property by motor vehicle in interstate commerce as a common and contract carrier, pursuant to certificates and permits issued to it by the former Interstate Commerce Commission, and subject to the jurisdiction of the Surface Transportation Board, generally and for plaintiff's insured, within the meaning of 49 U.S.C. § 13501. Roadway is now, and at all times mentioned in Case No. 13CRG03454 has been, engaged in the business of arranging for the transportation of property by motor carrier in interstate commerce as a duly licensed transportation broker.

5. This Court has original jurisdiction of the action pursuant to 28 U.S.C. § 1337 in that plaintiff's claims against defendants, as stated on the face of the complaint, arise out of an Act of Congress regulating commerce,

to wit, the Interstate Commerce Act, and raises a matter in controversy of over $10,000.00 for a single bill of lading. Based upon the allegations in the complaint, this action is controlled by the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. § 14706), which makes an interstate common or contract carrier liable to a shipper for any loss, damage or injury to property shipped by it. Accordingly, removal from said Superior Court to this Court is proper pursuant to 28 U.S.C. § 1441.

Dated: December 5, 2013            SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP


By:   /s/ Kathleen C. Jeffries
      Kathleen C. Jeffries
      Attorneys for Defendants
      YRC INC. and ROADWAY REVERSE
      LOGISTICS, INC.

4811-1860-1495, v. 1

3

NOTICE OF REMOVAL OF ACTION COMMENCED IN STATE COURT

EXHIBIT A

11/6/13
2:40p

**COPY**

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** YRC INC., a corporation; ROADWAY
*(AVISO AL DEMANDADO):* REVERSE LOGISTICS, INC., a corporation; and DOES ONE through FIFTEEN,

**FILED**
NOV 04 2013
FRESNO COUNTY SUPERIOR COURT
By_____
DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** STARR INDEMNITY &
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* LIABILITY COMPANY, a corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Fresno
1130 O Street
Fresno, CA 93721-2220

**CASE NUMBER:**
*(Número del Caso):*
13CECG03454

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOSHUA E. KIRSCH (179110)                                                   (415)348-6001
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700

DATE: NOV 04 2013        Clerk, by DAWN HOUSTON, Deputy
*(Fecha)*                        *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): YRC Inc., a corporation
   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 11/6/13

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Exhibit A
Page 1 of 8
4

11/6/13
2:40p

**COPY**

| | SUM-100 |
|---|---|
| **SUMMONS** | **FOR COURT USE ONLY** |
| **(CITACION JUDICIAL)** | **(SOLO PARA USO DE LA CORTE)** |

NOTICE TO DEFENDANT: YRC INC., a corporation; ROADWAY
(AVISO AL DEMANDADO): REVERSE LOGISTICS, INC., a
corporation; and DOES ONE through FIFTEEN,

**FILED**
NOV 04 2013
FRESNO COUNTY SUPERIOR COURT
By_____
        DEPUTY

YOU ARE BEING SUED BY PLAINTIFF: STARR INDEMNITY &
(LO ESTÁ DEMANDANDO EL DEMANDANTE): LIABILITY COMPANY,
a corporation

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
   ¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
   Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:                                  CASE NUMBER:
(El nombre y dirección de la corte es):                                 (Número del Caso):  13 CE CG 03454
Superior Court of California, County of Fresno
1130 O Street
Fresno, CA 93721-2220

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
JOSHUA E. KIRSCH (179110)                                                (415)348-6001
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700

DATE: NOV 04 2013              Clerk, by    DAWN HOUSTON          , Deputy
(Fecha)                        (Secretario)                          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): Roadway Reverse Logistics, Inc; a corporation
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 11/6/13

                                                                                Page 1 of 1
Form Adopted for Mandatory Use                  **SUMMONS**        Legal        Code of Civil Procedure §§ 412.20, 465
Judicial Council of California                                     Solutions
SUM-100 [Rev. July 1, 2009]                                        CA. Dist.



```
 1  JOSHUA E. KIRSCH (179110)
    GIBSON ROBB & LINDH, LLP
 2  201 Mission Street, Suite 2700
    San Francisco, California 94105
 3  Telephone:  (415) 348-6000
    Facsimile:  (415) 348-6001
 4  Email:      jkirsch@gibsonrobb.com

 5  Attorneys for Plaintiff
    STARR INDEMNITY & LIABILITY COMPANY
 6
```

**FILED**
NOV 04 2013
FRESNO COUNTY SUPERIOR COURT
By_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF FRESNO

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>YRC INC., a corporation; ROADWAY REVERSE LOGISTICS, INC., a corporation; and DOES ONE through FIFTEEN,<br><br>Defendants. | Case No. 13 CE CG 03454<br><br>COMPLAINT FOR DAMAGE TO CARGO<br><br>($125,902.55)<br><br>BY FAX |

Plaintiff's complaint follows:

1. Plaintiff STARR INDEMNITY & LIABILITY COMPANY ("STARR"), a corporation, is now, and at all times herein material was, a company duly organized and existing by virtue of law. Plaintiff STARR was the insurer of the hereinafter described shipment.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges that, Defendants YRC INC., a corporation; ROADWAY REVERSE LOGISTICS, INC. (collectively "YRC ROADWAY") and DOES ONE through FIFTEEN, are now and at all times herein material were engaged in business as common carriers of goods for hire in the County of Fresno, State of California.

3. The true names of Defendants sued herein as DOES ONE through FIFTEEN, each of whom is or may be responsible for the events and matters herein referred to, and each of

COMPLAINT FOR DAMAGE TO CARGO
Case No.:                  Our File No.: 5721.66

1 | whom caused or may have caused or contributed to the damage herein complained of, are
2 | unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will
3 | amend its complaint to show the true names of said Defendants when the same have been
4 | ascertained.

5 |     4.    This is a cause of action for damage to cargo, and is a claim under the Carmack
6 | Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, as hereinafter more fully
7 | appears.

8 |     5.    Plaintiff is informed and believes and on the basis of such information and belief
9 | alleges, that on or about October 2, 2012, at Clovis, California, Defendants YRC ROADWAY
10 | and DOES ONE through FIFTEEN, and each of them, received a cargo consisting of two pieces
11 | of machinery, for carriage under bill of number 7290220428, and others, issued by and/or on
12 | behalf of said Defendants. Said Defendants, and each of them, agreed, under contracts of carriage
13 | and in return for good and valuable consideration, to carry said cargo from Clovis, California, to
14 | Chandler, Arizona, and there deliver said cargo to the lawful owners and others, in the same good
15 | order, condition, and quantity as when received.

16 |     6.    Thereafter, in breach of and in violation of said agreements, Defendants YRC
17 | ROADWAY and DOES ONE through FIFTEEN, and each of them, did not deliver said cargo in
18 | the same good order, condition, and quantity as when received at Clovis. To the contrary, said
19 | Defendants, and each of them, delivered the cargo in a damaged condition, by reason of which
20 | the value of said cargo was a total loss and depreciated in the sum of $125,902.55, including
21 | freight charges incurred.

22 |     7.    Prior to the shipment of the herein described cargo and prior to any loss thereto,
23 | Plaintiff STARR issued its policy of insurance whereby Plaintiff STARR agreed to indemnify the
24 | rightful owner, and its assigns, against loss of or damage to said cargo while in transit, and
25 | Plaintiff STARR has therefore become obligated to pay and has paid to the persons entitled to
26 | payment under said policy the sum of $125,902.55, on account of the herein described loss.

27 |     8.    Plaintiff STARR has therefore been damaged in the sum of $125,902.55, no part
28 | of which has been paid, despite demand therefor.

COMPLAINT FOR DAMAGE TO CARGO
Case No.:          , Our File No.: 5721.66

- 2 -

1  WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against
2  the defendants; that this Court decree payment by the defendants to Plaintiff in the amount of
3  $125,902.55, together with prejudgment interest thereon and costs of suit herein; and that
4  Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Dated: October 31, 2013                Respectfully submitted,

                                       GIBSON ROBB & LINDH LLP

                                       *[signature]*

                                       Joshua E. Kirsch
                                       Attorney for Plaintiff
                                       STARR INDEMNITY &
                                       LIABILITY COMPANY

COMPLAINT FOR DAMAGE TO CARGO
Case No.:            , Our File No.: 5721.66                                              - 3 -

COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOSHUA E. KIRSCH (179110)<br>GIBSON ROBB & LINDH LLP<br>201 Mission Street, Suite 2700<br>San Francisco, CA 94105<br>TELEPHONE NO.: (415)348-6000   FAX NO.: (415)348-6001<br>ATTORNEY FOR (Name): Plaintiff, STARR INDEMNITY & LIABILITY | FILED<br>NOV 0 4 2013<br>FRESNO COUNTY SUPERIOR COURT<br>By_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno
STREET ADDRESS: 1130 O Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721-2220
BRANCH NAME: B. F. Sisk Courthouse

CASE NAME: STARR INDEMNITY & LIABILITY v. YRC INC., ROADWAY REVERSE LOGISTICS, INC. and DOES ONE through FIFTEEN

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 13 CE CG 03454<br>JUDGE:<br>DEPT: |

BY FAX

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400-3.403)
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve           in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a.[X] monetary b.[ ] nonmonetary; declaratory or injunctive relief c.[ ] punitive
4. Number of causes of action (specify): One
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: October 31, 2013
JOSHUA E. KIRSCH (179110)
_____
(TYPE OR PRINT NAME)            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                                                                CM-010

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

To Parties in Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]                                   **CIVIL CASE COVER SHEET**                                        Page 2 of 2

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF FRESNO<br>CIVIL DEPARTMENT, CENTRAL DIVISION<br>1130 "O" Street<br>Fresno, California 93724<br>(559) 457-2000 | FOR COURT USE ONLY<br><br>Filed<br>Fresno County<br><br>NOVEMBER 04, 2013<br><br>By System |
|---|---|
| TITLE OF CASE:<br><br>Starr Indemnity & Liability vs YRC Inc | |
| NOTICE OF CASE MANAGEMENT CONFERENCE AND<br>ASSIGNMENT OF JUDGE FOR ALL PURPOSES | CASE NUMBER:<br>13CECG03454 MWS |

**To All Parties and their Attorneys of Record:**

> This case has been assigned to Judge **Mark W Snauffer** for all purposes.
> All future hearings will be scheduled before this assigned judge.

You are required to appear at a Case Management Conference on MARCH 10, 2014 at 10:00 AM in 104 located at 1130 'O' Street, Fresno, California.

You must comply with the requirements set forth in Fresno Superior Court Local Rules Chapter 2.

**Failure to appear** at the conference may result in imposition of sanctions, waiver of jury trial, or other adverse consequences.

**Defendants:** Appearance at the Case Management Conference does not excuse you from having to file your response in proper legal form within 30 days after the Summons is served on you. You could lose the case if you do not file your response on time. If you do not know an attorney, and do not have one, you may call an attorney referral service or a legal aide office (*listed in the phone book*).

> IMPORTANT: This hearing is <u>not</u> a trial. It is for the court to inquire as to the status of the case and to determine what future hearings, including a trial date, need to be set.

---

### DECLARATION

I declare under penalty of perjury under the laws of the State of California that I gave a copy of the **Notice of Case Management Conference and Assignment of Judge for All Purposes** to the person who presented this case for filing.

Date: November 4, 2013        Clerk, by _____, Deputy
                                                D. Houston

BCV-48C E04-08    NOTICE OF CASE MANAGEMENT CONFERENCE AND    Local Rule 2.1
                 ASSIGNMENT OF JUDGE FOR ALL PURPOSES

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On December 5, 2013, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION COMMENCED IN STATE COURT** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mr. Joshua E. Kirsch
> Gibson Robb & Lindh, LLP
> 201 Mission Street, Suite 2700
> San Francisco, California 94105

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 5, 2013, at Pasadena, California.

_____
Michelle Lazo

4829-8834-7671, v. 1