1  JOSHUA E. KIRSCH (179110)
   KONSTANTIN SAVRANSKY (267707)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone:    (415) 348-6000
4  Facsimile:    (415) 348-6001
   Email:        jkirsch@gibsonrobb.com
5                ksavransky@gibsonrobb.com

6  Attorneys for Plaintiff
   STARR INDEMNITY & LIABILITY COMPANY
7

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 STARR INDEMNITY & LIABILITY          )   Case No. 1:13-CV-01996-AWI-GSA
   COMPANY, a corporation;              )
13                                      )
              Plaintiff,                )   **STIPULATION TO CONTINUE**
14      v.                              )   **DISCOVERY DEADLINES; AND ORDER**
                                        )   **THEREON**
15 YRC INC., a corporation; ROADWAY     )
   REVERSE LOGISTICS, INC., a           )
16 corporation; and DOES ONE through    )
   FIFTEEN,                             )
17                                      )
              Defendants.               )
18                                      )

19      IT IS HEREBY STIPULATED by and between plaintiff STARR INDEMNITY &

20 LIABILITY COMPANY and defendants YRC INC. and ROADWAY REVERSE LOGISTICS,

21 INC., by and through their respective counsel of record, that the Nonexpert Discovery Cutoff in

22 this case may be continued from July 7, 2014, to September 8, 2014, that the Expert Disclosure

23 deadline be continued from July 7, 2014, to September 8, 2014, that the Rebuttal Expert

24 Disclosure be continued from July 28, 2014, to September 22, 2014, and the Expert Discovery

25 Cutoff be continued from September 11, 2014, to October 20, 2014.

26 / / /

27 / / /

28 / / /

1   The parties agree to such continuance and request the Court's approval.  The parties have
2   recently narrowed the issues in the case through written discovery and have identified the
3   witnesses who need to be deposed in order to move the case towards resolution.  The parties are
4   currently cooperating to schedule those depositions.  The parties do not believe that continuing
5   discovery deadlines necessitates a continuation of the trial date.  Based on the foregoing, good
6   cause exists to grant the order on this stipulation.  This is the parties first request to continue
7   discovery deadlines.

8   Undersigned counsel for PLAINTIFF, Konstantin Savransky, certifies that all electronic
9   signatures below have been duly authorized by signatory counsel.

10  Dated: June 25, 2014                GIBSON ROBB & LINDH LLP

11

12                                      By: /s/ Konstantin Savransky
                                        Konstantin Savransky
13                                      Attorney for Plaintiff
                                        STARR INDEMNITY &
14                                      LIABILITY COMPANY

15
    Dated: June 25, 2014                SCOPELITIS, GARVIN, LIGHT, HANSON &
16                                      FEARY, LLP

17                                      By: /s/ Kathleen C. Jeffries
                                        Kathleen C. Jeffries
18                                      Attorney for Defendants
                                        YRC INC. and ROADWAY REVERSE
19                                      LOGISTICS, INC.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**ORDER**

Based upon the stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED that the discovery deadlines in this case are extended as follows:

Nonexpert Discovery Cutoff continued from July 7, 2014, to September 8, 2014

Expert Disclosure Deadline continued from July 7, 2014, to September 8, 2014

Rebuttal Expert Disclosure continued from July 28, 2014, to September 22, 2014, and

Expert Discovery Cutoff continued from September 11, 2014, to October 20, 2014.

The parties are advised that due to the rescheduling of the expert discovery deadline to October 20, 2014, the Court sua sponte amends the dates for the filing of non-dispositive deadline to **October 24, 2014**, the same day as the dispositive filing deadline. All other orders contained in the Court's scheduling order issued on February 14, 2014 (Doc. 10), remains in full force and effect.

IT IS SO ORDERED.

Dated:   **June 27, 2014**                    **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE