1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile:  (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Defendants
   YRC INC. and ROADWAY REVERSE LOGISTICS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 STARR INDEMNITY & LIABILITY ) Case No. 1:13-CV-01996-GSA
   COMPANY, a corporation,      )
11                              ) STIPULATION RE CONTINUANCE OF
             Plaintiff,          ) HEARING ON PARTIES' SUMMARY
12                              ) JUDGMENT MOTIONS; AND ORDER
      v.                        ) THEREON
13                              )
   YRC INC., a corporation; ROADWAY ) Current Hearing Date: February 13,
14 REVERSE LOGISTICS, INC., a    ) 2015
   corporation; and DOES ONE through )
15 FIFTEEN,                     ) Requested Hearing Date: March 13,
                                ) 2015
16           Defendants.         )
   _____ ) (ECF No. 17)
17

18

19         IT IS HEREBY STIPULATED by and between the parties to this

20 action, plaintiff Starr Indemnity & Liability Company ("Starr Indemnity") and

21 defendants YRC Inc. ("YRC") and Roadway Reverse Logistics, Inc. (collectively

22 "defendants"), through their respective counsel of record, that the hearing on

23 the summary judgment motions of both parties, currently set for February 13,

24 2015, be continued to March 13, 2015; and that the corresponding opposition

25 and reply deadlines be continued to February 27, 2015 and March 6, 2014,

26 respectively.

27                                    1
28

1  Good cause exists for this joint request. After exchanging
2  summary judgment motions, the parties have agreed to mediate the case in an
3  effort to resolve the matter in its entirety without the need to file further
4  pleadings or for the Court to prepare for hearing on the motions. The parties
5  have mutually selected a mediator and are currently in the process of
6  scheduling a mediation session by mid-February 2015.

8  Dated: January 21, 2015          SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

11                                   By:   /s/ Kathleen C. Jeffries
                                           Kathleen C. Jeffries
                                           Attorneys for Defendants
12                                         YRC INC. and ROADWAY REVERSE LOGISTICS, INC.

14  Dated: January 21, 2015          GIBSON ROBB & LINDH, LLP

16                                   By:   /s/ Konstantin Savransky (as authorized on January 21, 2015)
                                           Konstantin Savransky
17                                         Attorneys for Plaintiff
                                           STARR INDEMNITY & LIABILITY COMPANY

2

STIPULATION RE CONTINUANCE OF HEARING ON PARTIES' SUMMARY JUDGMENT MOTIONS; AND ORDER THEREON

**ORDER**

Based upon the stipulation by and between the parties, and good cause appearing, the Court orders that the hearing on the summary judgment motions of both parties, currently set for February 13, 2015, is continued to March 13, 2015; and the corresponding opposition and reply deadlines are continued to February 27, 2015 and March 6, 2014, respectively. The parties are encouraged to keep the Court apprised of any settlement developments and may request additional extensions for mediation or settlement exigencies, as needed.

IT IS SO ORDERED.

Dated:   **January 22, 2015**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

STIPULATION RE CONTINUANCE OF HEARING ON PARTIES' SUMMARY JUDGMENT MOTIONS; AND ORDER THEREON