1  JOSHUA E. KIRSCH (179110)
   KONSTANTIN SAVRANSKY (267707)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone:    (415) 348-6000
4  Facsimile:    (415) 348-6001
   Email:        jkirsch@gibsonrobb.com
5                ksavransky@gibsonrobb.com

6  Attorneys for Plaintiff
   STARR INDEMNITY & LIABILITY COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10 STARR INDEMNITY & LIABILITY       )    Case No. 1:13-CV-01996-GSA
   COMPANY, a corporation;           )
11                                   )
                Plaintiff,           )    **STIPULATION OF DISMISSAL**
12        v.                         )
                                     )    **ORDER DISMISSING CASE**
13 YRC INC., a corporation; ROADWAY  )
   REVERSE LOGISTICS, INC., a        )
14 corporation; and DOES ONE through )    (ECF No. 21)
   FIFTEEN,                          )
15                                   )
                Defendants.          )
16                                   )

17        It is hereby stipulated by and between the parties to this action through their designated

18 counsel that the above-captioned case in its entirety be and hereby is dismissed with prejudice

19 pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

20 Dated: March 4, 2015              GIBSON ROBB & LINDH LLP

21                                   By: /s/ KONSTANTIN SAVRANSKY
                                     Konstantin Savransky
22                                   Attorney for Plaintiff
                                     STARR INDEMNITY &
23                                   LIABILITY COMPANY

24 Dated: March 4, 2015              SCOPELITIS, GARVIN, LIGHT, HANSON &
                                     FEARY, LLP
25
                                     By: /s/ KATHLEEN C. JEFFRIES
26                                        (as authorized on March 4, 2015)
                                     Kathleen C. Jeffries
27                                   Attorney for Defendants
                                     YRC INC. and ROADWAY REVERSE
28                                   LOGISTICS, INC.

1

**ORDER**

2      Based upon the stipulation by and between the parties (ECF No. 21), and good cause

3 appearing, the entire action is dismissed with prejudice. Each party shall bear their own fees and costs.

4 The Clerk is directed to close this case.

5

6
IT IS SO ORDERED.
7

8      Dated:   **March 5, 2015**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -